STATE

v.

Joel W. JENISON

STATE

v.

Michele CORY et al.

Nos. 80–98–C.A., 80–100–C.A.

Supreme Court of Rhode Island.

May 29, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

Keven A. McKenna, Richard A. Pacia, Providence, for defendants.

ORDER

The defendants consolidate motion for show cause hearing or dismissal as prayed is denied without prejudice to the right of defendants to renew said motion after the state's brief is filed.

STATE

v.

Guy LANOUE.

No. 77–315–M.P.

Supreme Court of Rhode Island.

May 29, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John Tramonti, Jr., Providence, for defendant.

ORDER

The motion to withdraw as counsel for defendant is assigned to the motion calendar for Friday, June 20, 1980 at 9:30 a. m. for oral argument.

Karen A. AUGER

v.

John J. MORAN, Director, Department of Corrections.

No. 80–170–M.P.

Supreme Court of Rhode Island.

June 19, 1980.

Longolucco & Lenihan, John M. McLoughlin, Westerly, for petitioner.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., Chief, Appellate Division, Melanie W. Spencer, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied as moot.